Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
22320 FOOTHILL BLVD #150
HAYWARD CA 94541
TELEPHONE: 510 266 5580
FAX: 510 266 5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: JUAN G JACOBO
EULALIA M AGUILAR JACOBO
Debtor(s)

Case No 10-70669 CN13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $804.47 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 10-70669 CN13 | MICHAEL JAFFIN<br>3720 SUNSET LN STE A<br>ANTIOCH CA 94531 | $2,375.06 | $804.47 |
| | Total Unclaimed Dividends | | $804.47 |

Dated: October 23, 2015

/s/ Martha G Bronitsky
Martha G. Bronitsky, Chapter 13 Trustee